**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH DEAN,

Plaintiff,

v. Case No. 8:24-cv-2383-WFJ-TGW

ROKU, INC.,

Defendant.
_________________________________/

**ORDER**

This matter comes before the Court on remand from the Eleventh Circuit. Dkt. 65. The mandate has now issued. Dkt. 66.

The Eleventh Circuit vacated the Order of this Court at docket 60. Although this Court "was correct to dismiss Dean's complaint for lack of subject matter jurisdiction and to deny his motion to amend as futile on standing grounds," this Court was "wrong for considering whether Dean failed to state a claim and for dismissing Dean's complaint with prejudice." Dkt. 65 at 7.

Accordingly, Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 32) is granted in part and denied in part consistent with the Eleventh Circuit's opinion. The motion to dismiss is granted without prejudice based on lack of subject matter jurisdiction. The motion to dismiss is otherwise

denied. Plaintiff's motion for leave to file an amended complaint (Dkt. 42) is denied as amendment would be futile.

The Clerk is directed to vacate this Court's order at docket 60 per directed by the Eleventh Circuit. This Order now stands as the ruling on the motions at dockets 32 and 42. The case is closed.

**DONE AND ORDERED** at Tampa, Florida, July 31, 2026.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**<u>COPIES FURNISHED TO</u>:**
Plaintiff, *pro se* and Counsel of record